The People of the State of Illinois, defendant in error, v. Thomas Walsh et al., plaintiffs in error. Gen. No. 28,716.

Conviction of conspiracy. Error to the Criminal Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 20, 1924.

John F. Tyrrell, Short & Guenther and William E. Rodriguez, for plaintiffs in error; Charles P. R. Macaulay, of counsel. Robert E.

Crowe, State's Attorney, Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.